

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Richard Tobias,

Vs. No. 11-19-00247-CV

SLP Brownwood LLC d/b/a
Cross Country Healthcare Center,
the Owners of SLP Management, Inc.,
and Dr. N. Nigalye,

* From the 35th District Court
  of Brown County,
  Trial Court No. CV1903123.

* June 24, 2021

* Memorandum Opinion by Bailey, C.J.
  (Panel consists of: Bailey, C.J.,
  Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is no error in the order below. Therefore, in accordance with this court's opinion, the order of the trial court is in all things affirmed. The costs incurred by reason of this appeal are taxed against Richard Tobias.